UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ALLAN FLAIZ, M.D.,<br><br>Defendant. | No. CR-12-6043-FVS-2<br><br>ORDER DISMISSING CHARGES AGAINST RICHARD ALLAN FLAIZ, M.D. |

**AN INDICTMENT** having been filed on August 14, 2012, charging Richard Allan Flaiz, M.D., with one count of conspiracy to misbrand prescription drugs, 18 U.S.C. § 371, and four counts of misbranding prescription drugs, 21 U.S.C. § 353(b)(1); Dr. Flaiz having pleaded "Not Guilty" to the charges; Dr. Flaiz having entered into a pretrial diversion agreement with the United States on February 15, 2013, without any admission of guilt; and Dr. Flaiz having fulfilled all of the obligations he accepted by entering into the agreement; Now, therefore

**IT IS HEREBY ORDERED:**

Richard Allan Flaiz's "Request for Early Release from Pre-Trial Diversion" (**ECF No. 62**) is **granted**. The charges that are set forth against him in the Indictment are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___18th___ day of September, 2013.

                                  s/ Fred Van Sickle
                                    Fred Van Sickle
                        Senior United States District Judge

Order - 1